The People of the State of New York, Respondent,
against
Iveth Steffens, Appellant.




Appellate Advocates (Anders S. Nelson of counsel), for appellant.
Queens County District Attorney (John M. Castellano, Johnnette Traill and Eric C. Washer of counsel), for respondent.

Appeal by defendant, as limited by her brief, from sentences of the Criminal Court of the City of New York, Queens County (Dorothy Chin Brandt, J.), imposed February 4, 2016, upon her conviction of two charges of jostling, upon her pleas of guilty.




ORDERED that the appeal is dismissed.
Defendant pleaded guilty to two charges of jostling (Penal Law § 165.25 [1]). In accordance with the terms of the plea agreement, defendant was sentenced on February 4, 2016 to two concurrent terms of three years' probation, to commence on February 4, 2016 and to expire February 3, 2019. On appeal, defendant contends that her sentences of probation were excessive. However, issues relating to the validity of sentences are moot where, as here, defendant has completed the sentences (see People v McLaine, 64 NY2d 934 [1985]; People v Tomassi, 32 Misc 3d 129[A], 2011 NY Slip Op 51306[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2011]; People v Hughes, 12 Misc 3d 128[A], 2006 NY Slip Op 50919[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2006]). We note that if the appeal were not being dismissed as moot, we would find no basis to reduce the sentences (see e.g. People v Colin, 56 Misc 3d 141[A], 2017 NY Slip Op 51119[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2017]; People v Jimenez, 54 Misc 3d 139[A], 2017 NY Slip Op 50156[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2017]). 
Accordingly, the appeal is dismissed.
ELLIOT, J.P., PESCE and SIEGAL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: June 28, 2019